UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELVIS MINAYA,

JUDGMENT
03-CV-1988 (FB)

                    Plaintiff,

-against-

BOARD OF EDUCATION OF THE CITY OF
NEW YORK and REGINA LOUGHRAN in her
individual capacity,

                    Defendants.
------------------------------------------------------------X

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on August 1, 2006, granting defendants' motion for summary judgment in its entirety; and dismissing plaintiff's complaint; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted in its entirety; and that plaintiff's complaint is dismissed.

Dated: Brooklyn, New York
        August 02, 2006

                                          ROBERT C. HEINEMANN
                                          Clerk of Court